UNITED STATES of America, Plaintiff–Appellee,

v.

Charles William McHAN, Sr., Defendant–Appellant.

No. 01–6765.

United States Court of Appeals, Fourth Circuit.

Submitted July 10, 2001.

Decided Aug. 1, 2001.

---

Charles William McHan, pro se. Mark Timothy Calloway, United States Attorney, Kenneth Davis Bell, Office of the United States Attorney, Charlotte, NC, for appellee.

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Charles W. McHan seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. McHan*, Nos. CR–90–41; CA–98–79–3–2–V (W.D.N.C. Jan. 26, 2001). We deny the motion to amend the record on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*